UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOSHUA DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-CV-226 |
| ) | |
| SHAWN PHILLIPS, ) | |
| OLIVIA HELTON, ) | |
| JASON WOODAL, and ) | |
| SERGEANT. A. BUNCH, ) | |
| EDDIE RICH, and ) | |
| ANTHONY HILL, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to <u>Dunn v. Phillips, et al</u>, 3:16-CV-37-HSM-CCS.  The Court finds that these cases involve several of the same defendants and similar claims of constitutional violations.  Therefore, the two cases are related.  <u>See</u> E.D. Tenn. L.R. 3.2(d)(3)(A).

Because the first of these cases was assigned to District Judge Harry S. Mattice, Jr., and Magistrate Judge C. Clifford Shirley, Jr., this case will also be assigned to District Judge Harry S. Mattice, Jr., and Magistrate Judge C. Clifford Shirley, Jr.  <u>See</u> E.D. Tenn. L.R. 3.2(d)(3)(B).  However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge